PATRICK LYNCH, Respondent, *v.* JOHN PEIRCE, Appellant.

*Lynch* v. *Peirce*, 135 App. Div. 920, affirmed.
(Argued May 15, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Robert H. Ewell* and *George F. Harriman* for appellant.

*William J. Martin, Charles B. McLaughlin* and *John Conville* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

———————

WILLIAM A. STREET et al., Respondents, *v.* CLARENCE H. GALT, Appellant.

*Street* v. *Galt*, 136 App. Div. 724, affirmed.
(Argued May 15, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on contract.

*Walter C. Anthony* for appellant.

*William Allaire Shortt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.